1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DAVID DANIEL CEPEDA,

11                    Petitioner,              No. CIV S-04-1899 LKK JFM P

12          vs.

13    MENDOZA-POWERS, et al.,

14                    Respondents.             ORDER

15    _____/

16                    Petitioner is a state prisoner proceeding pro se with an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed March 9, 2005, the court granted

18    petitioner's motion to consolidate this action with another filed in this court, Case No. CIV S-04-

19    2562 WBS JFM P, and both petitions were dismissed with leave to file one amended petition in

20    this action.  On April 11, 2005, petitioner filed a request for an extension of time to file an

21    amended petition, and on April 21, 2005, petitioner filed a request for a copy of each original

22    petition.[1]

23    _____

24          [1] Neither of these documents were served on respondents.  Petitioner is advised that
      every document submitted to the court for consideration must be served on respondents.  Fed. R.
      Civ. P. 5; Rule 11, 28 U.S.C. § 2254.  As a prisoner proceeding pro se, petitioner is required to
25    serve all documents in this action conventionally in accordance with the relevant provisions of
      Fed. R. Civ. P. 5.  See Local Rule 5-135(b).  Since an attorney has filed a document with the
26    court on behalf of respondents, documents submitted by petitioner must be served on that

                                            1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1.  Petitioner's April 11, 2005 request for extension of time is granted;

3   2.  Petitioner's April 21, 2005 request for one copy of each of his original habeas

4   corpus petitions is granted;

5   3.  The Clerk of the Court is directed to send petitioner a copy of the original

6   habeas corpus petition filed in this action and a copy of the original habeas corpus petition filed

7   in Case No. CIV S-04-2562 WBS JFM P; and

8   4.  Petitioner is granted thirty days from the date of this order to file an amended

9   petition in accordance with this court's March 9, 2005 order.

10  DATED:  May 6, 2005.

11

12  _____
    UNITED STATES MAGISTRATE JUDGE
13

14

15  12
    cepe1899.ext
16

17

18

19

20

21

22

23
_____
24  attorney and not on the respondents.  Fed. R. Civ. P. 5(b)(1).  Conventional service is usually
    accomplished by mailing a copy of the document to the attorney's address of record.  See Fed. R.
25  Civ. P. 5(b)(2)(B).  Petitioner must include with every document filed in this action  a certificate
    stating the date an accurate copy of the document was mailed to respondents' attorney and the
26  address to which it was mailed.  See Local Rule 5-135(b) and (c).