1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID DANIEL CEPEDA,

11              Petitioner,                    No. CIV S-04-1899 WBS JFM P

12        vs.

13   MENDOZA-POWERS, et al.,

14              Respondents.              <u>ORDER</u>

15   _____/

16              Petitioner is a former state prisoner proceeding pro se with an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed March 9, 2005, petitioner's

18   motion to consolidate was granted, petitioner's amended petition was dismissed, and petitioner

19   was granted thirty days to file a second amended petition.  After receiving an extension of time,

20   petitioner has now filed a second amended petition.  Good cause appearing, respondents will be

21   directed to file a response to the second amended petition.

22              In accordance with the above, IT IS HEREBY ORDERED that:

23              1.  Respondents are directed to file a response to petitioner's second amended

24   petition within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254

25   Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

26   issues presented in the second amended petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

1

1       3.  If the response to the second amended petition is an answer, petitioner's reply,

2    if any, shall be filed and served within thirty days after service of the answer; and

3       4.  If the response to the second amended petition is a motion, petitioner's

4    opposition or statement of non-opposition to the motion shall be filed and served within thirty

5    days after service of the motion, and respondents' reply, if any, shall be filed and served within

6    fifteen days thereafter.

7    DATED:  June 16, 2005.

8

9    _____
  UNITED STATES MAGISTRATE JUDGE

10

11   12
 cepe1899.2am

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2