IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL CEPEDA,

    Petitioner,                    No. CIV S-04-1899 LKK JFM P

    vs.

MENDOZA-POWERS, et al.,

    Respondents.                <u>ORDER</u>

                              /

        Petitioner is a former state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 16, 2005, petitioner filed a motion for a court order directing the Clerk of the Court to provide him with a copy of his second amended petition, filed June 8, 2005, and the exhibits attached thereto. Exhibit D to the second amended petition consists of two audiotapes, which cannot be copied or returned to petitioner by the Clerk of the Court. In all other respects, the motion will be granted.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 16, 2005 motion is granted in part; and

/////

/////

/////

/////

1

1         2. The Clerk of the Court is directed to send petitioner a copy of his second

2   amended petition and the exhibits attached thereto except for Exhibit D.

3   DATED:  August 29, 2005.

 

                                            UNITED STATES MAGISTRATE JUDGE

12
cepe1899.cpy