UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL CEPEDA,

        Petitioner,

    v.

ATTORNEY GENERAL, CA, et al.,

        Respondents.

_____/

NO. CIV. 04-1899 LKK/JFM P

O R D E R

On March 14, 2008 the court granted the petitioner's application for a writ of habeas corpus and asked the parties to inform it as to whether the petitioner was continuing to serve a concurrent sentence on another charge. The state has responded that petitioner is no longer serving a concurrent sentence. Accordingly, the court ORDERS petitioner shall be released from custody unless a new charging document is filed within sixty [60] days of the date of the court's March 14, 2008 order and petitioner is tried on that document in due course.

    IT IS SO ORDERED.

    DATED: March 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT