UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL CEPEDA,

        Petitioner,

   v.

ATTORNEY GENERAL, CA, et al.,

        Respondents.

NO. CIV. 04-1899 LKK/JFM P

O R D E R

    On March 26, 2008, the court ordered the release of the petitioner from custody unless a new charging document was filed within sixty days of the date of the court's March 14, 2008 order, in which the court had granted the habeas corpus petition. There are two motions pending before the court.

    First, on April 7, 2008 the petitioner in this case filed an emergency motion for immediate release from parole. The state opposes this motion. The March 26, 2008 order functioned to grant the state sixty days from March 14, 2008 (i.e., until May 13, 2008) to retain the petitioner in custody or on parole pending the filing of a new charging document. Petitioner is therefore mistaken that

1

1 the state did not have authority to place him on parole during this
2 sixty-day period.
3     Second, the petitioner filed a motion for emergency injunctive
4 relief on May 20, 2008. It appears from the motion that petitioner
5 was re-arraigned on April 28, 2008 in Sacramento County. He then
6 attended a bail review hearing on May 5, 2008 and May 16, 2008.
7 Petitioner complains in his motion that his attorney and the judge
8 ignored his motions at the second bail hearing, including a <u>Faretta</u>
9 motion, and that he has not been allowed access to his paperwork
10 or to the law library. Even if the court generously construes the
11 petitioner's May 20, 2008 motion as a renewed petition for habeas
12 corpus relief, federal intrusion into state pretrial proceedings
13 has not shown to be warranted in this instance. <u>See</u> <u>Carden v. State</u>
14 <u>of Mont.</u>, 626 F.2d 82 (1980).
15     Accordingly, petitioner's motion for injunctive relief or a
16 writ of mandamus (Docket No. 54) and motion for injunctive relief
17 (Docket No. 58) are DENIED.
18     IT IS SO ORDERED.
19     DATED: June 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2