IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL CEPEDA,

    Petitioner,               No. CIV S-04-1899 LKK JFM P

    vs.

BRAD ESPINOZA, Warden,

    Respondent.             <u>ORDER</u>

          Petitioner is proceeding pro se. On August 1, 2008, petitioner filed a request for appointment of counsel on appeal, and a request for leave to proceed in forma pauperis on appeal. However, on August 11, 2008, the United States Court of Appeals for the Ninth Circuit granted respondent's motion for voluntary dismissal of the appeal. Accordingly, petitioner's August 1, 2008 filings are moot and will be denied.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Petitioner's August 1, 2008 request for the appointment of counsel on appeal is denied (docket no. 60); and

/////

1

2. Petitioner's August 1, 2008 motion for leave to proceed in forma pauperis on appeal is denied. (Docket No. 62.)

DATED: August 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; cepe1899.den